UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE MARIE ADAMIK,

         Petitioner,

  v.

SAN JOAQUIN COUNTY SHERIFF DEPUTY PRICE, et al.,

         Respondents.

Case No. 24-cv-04174-RMI

**ORDER OF TRANSFER**

This is a habeas case filed *pro se* by a prisoner. Petitioner challenges a parole revocation and ongoing criminal prosecution, both in San Joaquin County. San Joaquin County is in the venue of the United States District Court for the Eastern District of California. Petitioner is also incarcerated in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). This district is neither. Petitions challenging a conviction are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(a); *see also Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because Petitioner's parole was revoked in the Eastern District, and he is being prosecuted and being held in that district, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: July 18, 2024

ROBERT M. ILLMAN
United States Magistrate Judge